GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
E-mail: ghubley@brookshubley.com

*Attorneys for Defendant Ally Financial Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA SIELAW,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIA F/K/A GMAC AUTOMOTIVE BANK; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC,<br>Defendant(s). | Case No. 2:17-cv-02045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff VIRGINIA SIELAW ("Plaintiff"), by and through her counsel of record, Haines & Krieger, LLC, and Kazerouni Law Group, APC; and Defendant ALLY FINANCIAL INC, erroneously identified as ALLY FINANCIA F/K/A GMAC AUTOMOTIVE BANK ("ALLY") by and through its counsel of record, Brooks Hubley, LLP, agree and stipulate as follows:

IT IS HEREBY STIPULATED that the Defendant ALLY shall have up to and including *September 19, 2017*, within which to file its response to Plaintiff's *Complaint* filed July 27, 2017 [ECF Doc. 1].

/ / /

/ / /

/ / /

1 The purpose of this stipulation is not intended to hinder, delay or prejudice any parties.

2 Stipulated and agreed to on this 17th day of August, 2017.

Stipulated and agreed to on this 17th day of August, 2017.

**KAZEROUNI LAW GROUP**

**BROOKS HUBLEY, LLP**

By: */s/ Michael Kind*
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
6069 South Fort Apache Road, Ste. 100
Las Vegas, Nevada 89148

By: */s/ Gregg A. Hubley*
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134

*Attorney for Plaintiff Virginia Sielaw*

*Attorneys for Defendant Ally Financial Inc.*

**DENIED.** *See* Local Rule IA 6-1(a) (requests to extend must state the reasons for the request).
Dated: August 18, 2017

**IT IS SO ORDERED.**

_____
United States Magistrate Judge