GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel:    (702) 851-1191
Fax:    (702) 851-1198
E-mail:  ghubley@brookshubley.com

*Attorneys for Defendant Ally Financial Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA SIELAW,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIA F/K/A GMAC AUTOMOTIVE BANK; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant(s). | Case No.   2:17-cv-02045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff VIRGINIA SIELAW ("Plaintiff"), by and through her counsel of record, Haines & Krieger, LLC, and Kazerouni Law Group, APC; and Defendant ALLY FINANCIAL INC, erroneously identified as ALLY FINANCIA F/K/A GMAC AUTOMOTIVE BANK ("ALLY") by and through its counsel of record, Brooks Hubley, LLP, agree and stipulate as follows:

IT IS HEREBY STIPULATED that the Defendant ALLY shall have up to and including *September 19, 2017*, within which to file its response to Plaintiff's *Complaint* filed July 27, 2017 [ECF Doc. 1].

IT IS FURTHER STIPULATED that the reason for this request for an extension is to provide ALLY with additional time in order to secure the records and file documents so that ALLY can prepare a responsive pleading, and also to provide the parties with some additional time to discuss potential

1324-0011.0001/250303

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1 settlement opportunities.

2 The purpose of this stipulation is not intended to hinder, delay or prejudice any parties.

3 Stipulated and agreed to on this 18th day of August, 2017.

Stipulated and agreed to on this 18th day of August, 2017.

**KAZEROUNI LAW GROUP**

**BROOKS HUBLEY, LLP**

By: ___/s/ Michael Kind_____
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
6069 South Fort Apache Road, Ste. 100
Las Vegas, Nevada 89148

By: ___/s/ Gregg A. Hubley_____
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134

*Attorney for Plaintiff Virginia Sielaw*

*Attorneys for Defendant Ally Financial Inc.*

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant ALLY shall have up to and including **September 19, 2017,** within which to file its response to Plaintiff's *Complaint*.

DATED August 22 _____, 2017.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

1324-0011.0001/250303