J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com

*Attorneys for Defendant
Barclays Bank Delaware*

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com

Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

*Attorneys for Plaintiff
Virginia Sielaw*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Virginia Sielaw,<br><br>       Plaintiff,<br><br>vs.<br><br>Ally Financial f/k/a GMAC Automotive Bank, Barclays Bank Delaware, Equifax Information Services LLC and Trans Union LLC,<br><br>       Defendants. | Case No.: 2:17-cv-02045-APG-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Compl. Filed:             July 27, 2017<br>Amend. Comp. Filed:   August 28, 2017<br><br>Hon. Judge Andrew P. Gordon<br>Hon. Magistrate Judge Nancy J. Koppe |

102246798_1

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

This Stipulation to Extend Time to Respond to Amended Complaint is made by and between Plaintiff Virginia Sielaw ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

RECITALS

A. Plaintiff filed the Complaint ("Complaint") against Barclays on or about July 27, 2017.

B. Plaintiff filed the Amended Complaint ("Amended Complaint") against Barclays on or about August 28, 2017.

C. Barclays' current deadline to respond to the Amended Complaint is September 11, 2017.

D. The parties agreed that Barclays' would have through September 18, 2017 to respond to the Amended Complaint in order to give Barclays time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E. There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's Amended Complaint through September 18, 2017.

//
//
//
//
//
//
//
//

# STIPULATION

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including September 18, 2017, to file a response to Plaintiff's Amended Complaint.

**IT IS SO STIPULATED.**

DATED: September 1, 2017

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgenson*
J Christopher Jorgensen
*Attorneys for Defendant
Barclays Bank Delaware*

DATED: September 1, 2017

KAZEROUNI LAW GROUP, APC

By: */s/ David H. Krieger*
Michael Kind, Esq.
*Attorney for Plaintiff
Virginia Sielaw*

IT IS SO ORDERED

Dated: September 6, 2017

_____
UNITED STATES MAGISTRATE JUDGE