Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Virginia Sielaw*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Virginia Sielaw,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ally Financial f/k/a GMAC Automotive Bank, Barclays Bank Delaware, Equifax Information Services LLC and Trans Union LLC,<br><br>　　　　　　Defendants. | Case No: 2:17-cv-02045-APG-NJK<br><br>**Stipulation of Dismissal of Barclays Bank Delaware** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Virginia Sielaw ("Plaintiff") and Defendant Barclays Bank Delaware ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of September 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 9/29/2017