**JASON G. REVZIN, ESQ.**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR TRANS UNION LLC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| VIRGINIA SIELAW,<br>　　　　　　Plaintiff,<br>v.<br>ALLY FINANCIAL; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br>　　　　　　Defendants. | Case No. 2:17-cv-02045-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiff Virginia Sielaw ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Amended Complaint.

On August 28, 2017, Plaintiff filed her Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Amended Complaint is October 6, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Amended Complaint until November 6, 2017.

/ / /

This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Amended Complaint.

DATED this 28th day of September, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 008629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Email: Jason.revzin@lewisbrisbois.com
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind*
Michael Kind
Nevada Bar No.
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
Email: mkind@kazlg.com
**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED:

DATED: October 4, 2017

_____
UNITED STATES MAGISTRATE JUDGE,