# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VIRGINIA SIELAW, | Case No. 2:17-cv-02045-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| ALLY FINANCIAL, et al., | (ECF No. 9) |
| Defendants. | |

On August 18, 2017, plaintiff Virginia Sielaw notified the court that she had reached a settlement with defendant Equifax Information Services, LLC, and requested sixty days to finalize the settlement. ECF No. 11. More than sixty days have passed, but these settling parties have not filed a stipulation to dismiss the case.

IT IS THEREFORE ORDERED that plaintiff Virginia Sielaw and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report regarding settlement on or before December 20, 2017.

DATED this 5th day of December, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE