# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA SIELAW, | Case No. 2:17-cv-02045-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 39) |
| ALLY FINANCIAL, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation between Plaintiff and Defendant Trans Union LLC to extend discovery deadlines by 60 days. Docket No. 39. The parties request, *inter alia*, an extension of the expert disclosure deadline from March 6, 2018, to May 7, 2018 and an extension of the rebuttal expert deadline from April 5, 2018, to June 6, 2018. *Id.* at 2. The stipulation, however, was filed on April 13, 2018. *Id.* Therefore, both the expert disclosure deadline and the rebuttal expert deadline expired prior to the filing of the stipulation. Local Rule IA 6-1 requires that a request for extension made after the expiration of a deadline must be supported by excusable neglect. Although the parties address good cause to extend the remaining discovery deadlines, they have failed to address, let alone show, excusable neglect for the extension of the expired deadlines.

//
//
//
//

Accordingly, the Court **DENIES** without prejudice the parties' stipulation as it relates to the expert and rebuttal expert deadlines. The Court **GRANTS** the parties' stipulation as to all other deadlines. Docket No. 39.

IT IS SO ORDERED.

DATED: April 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge