Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Virginia Sielaw*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Virginia Sielaw,<br><br>      Plaintiff,<br><br>v.<br><br>Ally Financial f/k/a GMAC Automotive Bank, Barclays Bank Delaware, Equifax Information Services LLC and Trans Union LLC,<br><br>      Defendants. | Case No: 2:17-cv-02045-APG-NJK<br><br>**Stipulation of Dismissal without prejudice of Trans Union LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Virginia Sielaw ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss without prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd.
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 12, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 11, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148